1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

RYAN ASTLEY,

                    Plaintiff,

          v.

THE BOEING COMPANY,

                    Defendant.

C17-592 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiff having filed an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B), docket no. 12, and in light of defendant's concession that such filing renders its motion to dismiss moot, *see* Reply, docket no. 15 at 1, defendant's motion to dismiss, docket no. 9, is STRICKEN as moot.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk