The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN ASTLEY,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, *et al.*,<br><br>Defendants. | No. 2:17-cv-00592-MJP<br><br>▓▓▓▓▓▓ ORDER GRANTING DEFENDANT'S MOTION TO SEAL "EXHIBIT P" FILED IN SUPPORT OF BOEING'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER comes before the Court on Defendant The Boeing Company's Motion to Seal "Exhibit P" Filed in Support of its Motion for Summary Judgment ("Motion"). The Court has reviewed Defendant's Motion and all evidence in support of, and in opposition and reply, if any, to the Motion, and the Court is fully informed.

IT IS ORDERED, this __12th__ day of __June__, 2018, THAT:

1. Defendant's Motion is **GRANTED**.

2. The Clerk shall maintain Defendant's "Exhibit P" at Dkt. __32__ under seal.

*/s/ Marsha J. Pechman*

THE HONORABLE MARSHA J. PECHMAN
United States District Judge

▓▓▓▓▓ ORDER GRANTING
BOEING'S MOTION TO SEAL "EXHIBIT P"
2:17-CV-00592-MJP- 1